IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY HOWARD LADNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEGAN A. MAIER, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 11-0854 |

### ORDER

**AND NOW**, this 10th day of December 2012, upon consideration of Defendants' Motion to Dismiss (Doc. No. 17), Plaintiff's "Motion in Response to Defendants' Motion to Dismiss Plaintiff's Complaint" (Doc. No. 20), and Defendants' Motion to Strike Plaintiff's Amended Complaint Docketed at No. 21 (Doc. No. 24), it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 17) is **GRANTED**.

2. Defendants' Motion to Strike Plaintiff's Amended Complaint Docketed at No. 21 (Doc. No. 24) is **DENIED**.

3. All outstanding motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.